UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

     Plaintiff,

                               Case No. 23-cv-10327

v.                              Hon. Matthew F. Leitman

OLA ELSAID,

     Defendant.

_____/

## ORDER DIRECTING FIFTH THIRD BANK
## TO LIFT ACCOUNT FREEZES

Pursuant to the stipulation of the parties, as placed on the record on April 28, 2023, **IT IS HEREBY ORDERED** that Fifth Third Bank shall lift any freeze placed on any account bearing the names of Helping Hand Home Healthcare, LLC and/or Ola M. Elsaid.

**IT IS SO ORDERED.**

                            s/Matthew F. Leitman
                            MATTHEW F. LEITMAN
                            UNITED STATES DISTRICT JUDGE

Dated:  April 28, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 28, 2023, by electronic means and/or ordinary mail.

                            s/Holly A. Ryan
                            Case Manager
                            (313) 234-5126