UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.

Case No. 23-cv-10327
Hon. Matthew F. Leitman

_____/

**ORDER (1) DIRECTING DEFENDANT OLA ELSAID TO PERSONALLY APPEAR FOR IN PERSON MOTION HEARING ON DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW (ECF No. 18) AND (2) DIRECTING DEFENDANTS' COUNSEL TO SERVE MOTION, NOTICE OF HEARING, AND THIS ORDER ON DEFENDANT ELSAID**

Attorney Paul M. Stoychoff and his law firm, Russel & Stoychoff, P.C., represent Defendant Ola Elsaid and nominal Defendant Helping Hand Home Healthcare, LLC, in this action. On June 29, 2023, Stoychoff filed a motion to withdraw as Defendants' counsel. (*See* Mot., ECF No. 18.)

The Court has scheduled an in-person hearing on Stoychoff's motion for August 10, 2023, at 1:00 p.m. (*See* Notice of Hearing, ECF No. 20.) The Court **ORDERS** Stoychoff, Plaintiff's counsel, ***and*** Elsaid to each ***personally attend*** the hearing on the motion to withdraw.

By no later than **July 21, 2023**, Stoychoff shall serve (1) his motion to withdraw (ECF No. 18), (2) the Notice of Hearing on the motion to withdraw, and (3) this order on Elsaid by both email (if possible) and First Class Mail at Elsaid's last known mailing address. In addition, by no later than **July 21, 2023**, Stoychoff shall file a proof of service on the docket confirming that he has served Elsaid with the documents identified above.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 13, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126