UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

Plaintiff,

Case No. 23-cv-10327
Hon. Matthew F. Leitman

v.

OLA ELSAID, *et al.*,

Defendants.
_______________________________/

**ORDER (1) RESOLVING PLAINTIFF'S EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT (ECF No. 23) AND (2) RESOLVING OUTSTANDING ISSUES REGARDING SETTLEMENT**

On August 10, 2023, the Court held a hearing on Plaintiff's emergency emotion to enforce the parties' settlement agreement. (*See* Mot., ECF No. 23.) For the reasons stated on the record, and pursuant to the oral stipulation of both parties on the record, the motion is **RESOLVED** as follows:

- Both parties shall, upon request, promptly provide to the auditor who is conducting the audit described in the parties' Settlement Agreement any and all information and/or documents that the auditor requests in writing. The audit shall be completed by no later than **September 11, 2023**.
- If Defendant Ola Elsaid is in possession of, or receives, an ERC check in the amount of $111,898.99, she shall immediately provide that check to counsel for Plaintiff Christine Bartel. In addition, Elsaid shall cooperate

with counsel in taking the steps necessary to allow Bartel to negotiate the check, if Elsaid's cooperation is necessary in order to enable Bartel to do so. Under no circumstances shall Elsaid deposit the check into an account that she controls or take any other action to obtain control over the funds that are the subject of the check.

- If Elsaid is in possession of, or receives, an ERC check in the amount of $227,947.25, she shall immediately provide that check to Bartel's counsel. In addition, Elsaid shall cooperate with counsel in taking the steps necessary to allow Bartel to negotiate the check, if Elsaid's cooperation is necessary in order to enable Bartel to do so. Under no circumstances shall Elsaid deposit the check into an account that she controls or take any other action to obtain control over the funds that are the subject of the check.
- If Elsaid is in possession of a signature stamp of Bartel, she shall immediately provide that stamp to Bartel's counsel.
- If Elsaid is in possession of, or receives, any credit card statements for credit cards in Bartel's name or under Bartel's control, Elsaid shall immediately provide those statements to Bartel's counsel.
- Bartel (through counsel) and Elsaid shall each identify for the other each and every bank account in the name of Helping Hand Home Healthcare, LLC d/b/a Hope at Home Health Care, ("Helping Hand"). The

identification of accounts shall include the bank at which each account is held and the number of each account. The identification shall be completed by **August 25, 2023**.

- Bartel shall not take any action to change the current mailing address of Helping Hand.
- Bartel shall not have any access to Helping Hand's accounts with ADP or Kinser.
- Neither Bartel nor Elsaid shall contact each other directly. All communications shall go through Bartel's counsel, and all communications shall be conducted by email. When Elsaid receives a communication from Bartel's counsel, she shall promptly respond that she has received that communication.
- Bartel shall not represent herself as the current owner of Helping Hand or as having any current connection to the company.
- By not later than **August 25, 2023**, Bartel shall transfer ownership of Helping Hand's bank account with State Bank to Elsaid. Bartel shall also close the Chase Bank account(s) in Helping Hand's name and any other bank account(s) that she controls that are in Helping Hand's name. If Bartel receives an ERC check in the amount of $227,947.25, and if the only way for Bartel to negotiate that check is through a bank account in

Helping Hand's name, Bartel shall be authorized to open an account in Helping Hand's name for the sole purpose of negotiating that check. Once that check has cleared and the funds are distributed to Bartel, Bartel shall close that account and not open any additional accounts in Helping Hand's name.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 11, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 11, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126