UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,     Case No. 23-cv-10327
                    Hon. Matthew F. Leitman
v.

OLA ELSAID, *et al.*,

    Defendants.
_____/

### ORDER (1) DIRECTING PARTIES AND MICHAEL K. LOTITO TO PERSONALLY APPEAR FOR STATUS CONFERENCE and (2) DIRECTING PLAINTIFF CHRISTINE BARTEL TO SERVE MICHAEL K. LOTITO

**IT IS HEREBY ORDERED** that on Monday, December 18th at 10:00 a.m., Plaintiff Christine Bartel, Defendant Ola Elsaid, and Michael K. Lotito, C.P.A., shall personally appear before the Court for a status conference. The status conference will be held in Courtroom 251 in the Theodore Levin United States Courthouse, 231 West Lafayette Boulevard, Detroit, MI 48226.

**IT IS FURTHER ORDERED** that Plaintiff Christine Bartel shall cause this order to be personally served on Michael K. Lotito not later than Friday, December 8th. If Bartel incurs fees and/or costs in accomplishing service of this order on Mr. Lotito, Eslaid shall reimburse Bartel for 50% of those reasonable fees and/or costs.

**IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
Dated: November 20, 2023    UNITED STATES DISTRICT JUDGE

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 20, 2023, by electronic means and/or ordinary mail.

              s/Holly A. Ryan
              Case Manager
              (313) 234-5126