UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.

Case No. 23-cv-10327
Hon. Matthew F. Leitman

_____/

**ORDER CONCERNING (1) COMPLETION OF SETTLEMENT PROCESS, (2) OBLIGATIONS OF PARTIES AND MICHAEL LOTITO, C.P.A., AND (3) DUTY OF PLAINTIFF BARTEL TO SERVE MR. LOTITO WITH THIS ORDER**

On December 18, 2023, the Court held a conference to discuss the status of the settlement process in this case. For the reasons stated on the record during that conference, **IT IS HEREBY ORDERED** as follows:

- By the close of business on December 18, 2023, Michael K. Lotito, C.P.A., shall provide to Plaintiff and Defendant an electronic copy of the spreadsheet discussed on the record;

- By not later than January 8, 2024, Plaintiff and Defendant shall provide the following to Mr. Lotito: (1) Any objection to any entry on his spreadsheet with a full explanation of the basis of the objection. Each objection must be in writing, and, for each objection, Plaintiff or Defendants shall provide Mr. Lotito with all evidence or information that supports the objection; and (2) Any and

1

all information or documents necessary to enable Mr. Lotito to complete entries that he left blank on his spreadsheet because he lacked information to complete them;

- By no later than January 29, 2024, each party shall meet with Mr. Lotitio, either in person or virtually, to discuss their submissions concerning his spreadsheet, any concerns they have concerning his calculations, and any other matters appropriately addressed with him. In addition, during these meeting, the parties shall answer any and all questions Mr. Lotito poses in order to enable him to complete his analysis.

- By February 12, 2024, Mr. Lotitio shall issue his final report.

**IT IS FURTHER ORDERED** that by the close of business on December 20, 2023, Mr. Lotitio shall provide to Defendant Elsaid a written statement itemizing with specificity each and every document he needs from Liberty CMS (the entity identified on the record during the status conference). By no later than the close of business on December 22, 2023, Defendant Elsaid shall provide written direction to Liberty CMS to immediately provide Mr. Lotitio with the information he needs.

**IT IS FINALLY ORDERED** that Plaintiff Bartel shall immediately serve this order upon Mr. Lotito by email. **IT IS SO ORDERED**.

                                                  s/Matthew F. Leitman
                                                  MATTHEW F. LEITMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: December 18, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2023, by electronic means and/or ordinary mail.

                                          s/Holly A. Ryan
                                          Case Manager
                                          (313) 234-5126