UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

    Case No. 23-cv-10327
    Hon. Matthew F. Leitman

OLA ELSAID, *et al.*,

    Defendants.

_____/

## **ORDER CONCERNING NEXT STEPS**

On February 20, 2024, the Court held a status conference to discuss the steps necessary to finalize the settlement previously reached and placed on the record in this action. For the reasons stated on the record during February 24, 2024, conference, **IT IS HEREBY ORDERED** as follows:

- By no later than February 27, 2024, the Parties shall separately submit to Michael Lotito, C.P.A., in writing any questions and concerns that they have about the documents that he transmitted on February 20, 2024, at 9:52 AM titled "Final Report and Final Report Excel Sheet."

- By no later than March 19, 2024, each party shall have an opportunity to speak directly with Mr. Lotito for up to one hour regarding the questions and concerns conveyed to him in writing.

1

- By no later than March 26, 2024, Mr. Lotito shall issue a final report as called for in the parties' settlement agreement, and he shall include with that report a written certification that he considered all questions and concerns that the parties raised with him in writing and orally during their one-hour conversations with him pursuant to the process outlined above.

- Lastly, once Mr. Lotito issues his final report, the Court will hold an in-person status conference to finalize this action.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 20, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 20, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126