UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

     Plaintiff,                                Case No. 23-cv-10327
                                                Hon. Matthew F. Leitman

v.

OLA ELSAID, *et al.*,

     Defendants.

_____/

### **FINAL JUDGMENT**

Judgment is hereby entered in favor of Plaintiff Christine Bartel in the amount

of $161,181,12 against Defendants Ola Elsaid and Helping Hand Home Healthcare,

LLC ("Helping Hand"), jointly and severally.

It is further adjudged that Bartel is entitled to any and all Employee Tax Retention

Credit ("ERTC") refunds/checks for tax years 2020 and/or 2021 issued or re-issued by

the Internal Revenue Service to Helping Hand (including but not limited to an ERTC

refund/check in the amount of $111,989.99 for tax year 2020), except that Bartel shall

have no right to any ERTC refund check in the amount of $227,947.25, if one is issued

and/or re-issued by the Internal Revenue Service.

It is further adjudged that Defendants shall take all steps reasonably necessary to

assist Bartel in (1) obtaining the ERTC refunds/checks to which Bartel is entitled

pursuant to the preceding paragraph above and/or (2) having the Internal Revenue

Service re-issue those refunds/checks to Bartel.  These steps include, but are not limited

1

to, (1) executing an Internal Revenue Service Form 8821 that authorizes the Internal Revenue Service to communicate with Bartel concerning the refunds/checks to which she is entitled pursuant to the preceding paragraph above and (2) endorsing the refunds/checks over to Bartel in the event that the Internal Revenue Service issues and/or sends the refund/check to Defendants.

It is further adjudged that in the event that the Internal Revenue Service issues or re-issues one or more of the ERTC refunds/checks to which Bartel is entitled pursuant to the paragraphs above, then Bartel may open a bank account in the name of Helping Hand and negotiate the refund/check through that bank account as a means of ultimately converting the refund/check to her personal possession.

It is further adjudged that if Defendants collect any portion of any receivable that constitutes payment for services performed by Helping Hand before September 15, 2022, then Defendants shall pay the amount of the receivable to Bartel within thirty days of receipt.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  June 18, 2024
Detroit, Michigan

2