UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.

Case No. 23-cv-10327
Hon. Matthew F. Leitman

_____/

**<u>ORDER (1) RESOLVING DEFENDANT OLA ELSAID'S EMERGENCY MOTION FOR CONTEMPT OF JUDGMENT (ECF No. 57) AND MOTION FOR CONTEMPT OF JUDGMENT (ECF No. 60); AND (2) RESTRICTING CONDUCT WITH REGARD TO EMPLOYEEE TAX RETENTION CREDIT CHECK FROM INTERNAL REVENUE SERVICE</u>**

The Court held a hearing on September 24, 2024, on two pending emergency motions by Defendant Ola Elsaid for "contempt of judgment." (*See* ECF Nos. 57, 60.)

As stated on the record during the hearing, if Plaintiff Christine Bartel, Defendant Ola Elsaid, and/or Defendant Helping Hand Home Healthcare, LLC, d/b/a Hope at Home Healthcare, receive any check, or any payment by any other method, from the United States Internal Revenue Service in the amount of $227,947.25, then:

1. They shall notify the Court in writing with a filing on the docket within forty-eight (48) hours of receipt;

2. If the payment is received by check, they shall not deposit, negotiate, and/or take any other action with regard to the check; and

3. If the payment is made by any other means, they shall leave the payment in place/account of receipt and shall not transfer, diminish, or take any other action with regard to the received funds.

To the extent the pending motions seek any other relief, they are **DENIED** without prejudice.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 26, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 26, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126