UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

    Case No. 23-cv-10327
    Hon. Matthew F. Leitman

OLA ELSAID, *et al.*,

    Defendants.

_____/

**ORDER CONCERNING (1) EMPLOYEE RETENTION TAX CREDIT CHECK IN THE AMOUNT OF $227,947.25, DATED SEPTEMBER 26, 2024, AND (2) CENTRALIZED AUTHORIZATION FILE NUMBER**

On October 9, 2024, the Court conducted an on-the-record status conference with Plaintiff Christine Bartel and Defendants Ola Elsaid and Helping Hand Home Healthcare, LLC, d/b/a Hope at Home Healthcare. For the reasons stated on the record during the conference, **IT IS HEREBY ORDERED** as follows:

1. Until further order of the Court, Bartel shall not deposit, cash, transfer, and/or attempt to negotiate the Employee Retention Tax Credit ("ERTC") check in the amount of $227,947.25, dated September 26, 2024 (the "Check").[1]  Simply put, until further order of the Court, Bartel shall do nothing with the Check other

---

[1] A copy of the Check appears in the record. (Check, ECF No. 68-1, PageID.704.)

1

than hold it. Bartel may file a motion for permission to take further action with regard to the 2024 Check. Elsaid may respond to such a motion not later than fourteen (14) days after it is filed.

2. By not later than **October 16, 2024**, Elsaid shall contact the United States Internal Revenue Service (the "IRS") and inquire whether it is necessary for her to obtain a Centralized Authorization File ("CAF") number[2] from the IRS in order to fully authorize Bartel to communicate with the IRS about the ERTC check in the amount of $111,989.99 for tax year 2020 (the "2020 Check"). If the IRS indicates it is necessary to obtain this number in order for Bartel to communicate with the IRS about the 2020 Check, Elsaid must obtain this number and communicate it to Bartel by not later than **October 23, 2024**. Elsaid may limit the authorization connected to the CAF number to communications with the IRS about the 2020 Check.

---

[2] During the status conference, the Court referred to this number as a "CAS" number because the Court believed it to be using the correct terminology. Following to the conference, the Court did additional research and concluded that the appropriate term may be "CAF" number. The bottom line is this: if an authorization number that sounds like "CAS" or "CAF" is necessary for Bartel to communicate about the 2020 Check, Elsaid shall provide that number to Bartel.

**IT IS SO ORDERED**.

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: October 9, 2024

 I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 9, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126