UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

      Plaintiff,                              Case No. 23-cv-10327
                                              Hon. Matthew F. Leitman

v.

OLA ELSAID, *et al.*,

      Defendants.

_____/

### ORDER DENYING (1) MOTION IN LIMINE SPECIFIC TO THIS HEARING (ECF No. 64), AND (2) MOTION FOR PERJURY AND CONTEMPT BY DEFENDANT (ECF No. 66)

Now before the Court are two motions filed by Plaintiff Christine Bartel. (*See* ECF Nos. 64, 66.)  The motions are identified in the caption above. The Court concludes that the motions may be decided without oral argument. *See* Local Rule 7.1(f)(2).  The Court is not persuaded that Bartel is entitled to the relief she seeks in the pending motions.   Accordingly, Bartel's motions (ECF Nos. 64, 66) are **DENIED**.

      **IT IS SO ORDERED**.

                                    s/Matthew F. Leitman
                                    MATTHEW F. LEITMAN
                                    UNITED STATES DISTRICT JUDGE

Dated:  October 30, 2024

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 30, 2024, by electronic means and/or ordinary mail.

                              s/Holly A. Ryan
                              Case Manager
                              (313) 234-5126