UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,　　　　　　　　　　　　　Case No. 23-cv-10327
　　　　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
v.

OLA ELSAID, *et al.*,

    Defendants.
_____/

**ORDER (1) DENYING MOTION FOR STAY (ECF No. 77) AND (2) REQUIRING A RESPONSE TO MOTION TO COMPEL COMPLIANCE WITH COURT ORDER (ECF No. 83)**

On November 29, 2024, Plaintiff Christine Bartel filed a motion to stay enforcement of certain orders pending her appeal of those orders. (*See* Mot., ECF No. 77.) On January 29, 2025, the United States Court of Appeals dismissed Bartel's appeal. (*See* Sixth Circuit Case No. 24-2043, Order dated Jan. 25, 2025.) Given the dismissal of Bartel's appeal, there is no basis for a stay pending appeal. Accordingly, Bartel's motion for a stay is **DENIED**.

On January 29, 2025, Bartel filed a second motion in which she asks the Court to compel Defendant Ola Elsaid to comply with other orders and to sanction Elsaid. (*See* Mot., ECF No. 83.) Elsaid shall file a response that motion by no later than **February 21, 2025**.

    IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　s/Matthew F. Leitman
　　　　　　　　　　　　　　　　　　　MATTHEW F. LEITMAN
Dated: January 29, 2025　　　　　　　UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2025, by electronic means and/or ordinary mail.

                                             s/Holly A. Ryan  
                                             Case Manager  
                                             (313) 234-5126