UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.

Case No. 23-cv-10327
Hon. Matthew F. Leitman

_____/

## ORDER REGARDING DOCUMENTARY EVIDENCE FOR EVIDENTIARY HEARING

The Court is holding an evidentiary hearing on July 2, 2025 in connection with the pending Motion for Immediate Restitution, Sanctions, and Referral for Criminal Proceedings Due to Willful Interference with Court Orders and Fraudulent Intent (ECF No. 88) and Renewed Motion for Reconsideration Based on Newly Discovered IRS Disallowance Letter Proving Defendant's Fraudulent Filing and Concealment (ECF No. 94). **IT IS HEREBY ORDERED** that if either party wants the Court to consider documentary evidence beyond the evidence already submitted to the Court in connection with either motion, that party shall file such documents on the docket **by not later than 12:00 p.m. Eastern Time on Tuesday, July 1, 2025**.

    **IT IS SO ORDERED**.

Dated: June 26, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 26, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
