UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.

Case No. 23-cv-10327
Hon. Matthew F. Leitman

_____/

### ORDER TERMINATING MOTION FOR COURT ORDERS COMPELLING PRODUCTION OF DOCUMENTARY EVIDENCE (ECF No. 98)

The Court was scheduled to hold an evidentiary hearing on July 2, 2025. The purpose of the hearing was to receive evidence in connection with two motions filed by Plaintiff Christine Bartel: Motion for Immediate Restitution, Sanctions, and Referral for Criminal Proceedings Due to Willful Interference with Court Orders and Fraudulent Intent (ECF No. 88) and Renewed Motion for Reconsideration Based on Newly Discovered IRS Disallowance Letter Proving Defendant's Fraudulent Filing and Concealment (ECF No. 94). Shortly before the hearing, Bartel filed a motion seeking a Court order compelling production of documents from the Internal Revenue Service (the "IRS") and "ADP, Inc." (the "Subpoena Motion") (*See* Mot., ECF No. 98.)

1

On July 2, 2025 the Court convened on the record with the parties and discussed the Subpoena Motion. For the reasons explained on the record, the Court determined that the most appropriate way to proceed is to **TERMINATE** the Subpoena Motion and give Bartel a full opportunity to file a comprehensive motion for leave to serve subpoenas on the IRS and ADP, Inc. Bartel shall file that motion as described on the record. Once Bartel files her motion, Defendants Ola Elsaid and Helping Hand Home Healthcare, LLC shall have **twenty-one (21) days** to respond. Bartel shall have **fourteen (14) days** after Defendants' response to file her reply.

Once the motion is fully briefed, the Court will rule on the motion and the evidentiary hearing will be rescheduled.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 7, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126