UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.
_____/

Case No. 23-cv-10327
Hon. Matthew F. Leitman

### ORDER DENYING PLAINTIFF'S EMERGENCY MOTION TO ENFORCE COURT ORDER AND DIRECT DEFENDANT TO IMMEDIATELY AUTHORIZE REISSUANCE OF IRS ERC REFUND TO PLAINTIFF (ECF No. 104)

On August 13, 2025, the Court held a hearing on Plaintiff Christine Bartel's "Emergency Motion to Enforce Court Order and Direct Defendant to Immediately Authorize Reissuance of IRS ERC Refund to Plaintiff" (ECF No. 104). For the reasons stated on the record during the hearing, the motion is **DENIED**. The denial is **WITHOUT PREJUDICE** to Plaintiff's ability to file, among other things, a motion to have Defendants Ola Elsaid and Helping Hand Home Healthcare, LLC held in civil and/or criminal contempt of court. Any such motion shall be properly supported with evidence and citations to governing legal rules and standards.

    **IT IS SO ORDERED**.

Dated: August 13, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 13, 2025, by electronic means and/or ordinary mail.

                                           s/Holly A. Ryan
                                           Case Manager
                                           (313) 234-5126