UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

v.

OLA ELSAID, *et al.*,

    Defendants.
_____/

Case No. 23-cv-10327
Hon. Matthew F. Leitman

# ORDER SETTING VIDEO HEARING ON ALL OUTSTANDING MOTIONS AND BARRING PLAINTIFF CHRISTINE BARTEL FROM CONTACTING THE COURT BY TELEPHONE

Now pending before the Court are the following motions:

- Motion for Immediate Restitution, Sanctions, and Referral for Criminal Proceedings Due to Willful Interference with Court Orders and Fraudulent Intent (ECF No. 88);

- Plaintiff's Renewed Motion for Reconsideration Based on Newly Discovered IRS Disallowance Letter Proving Defendant's Fraudulent Filing and Concealment (ECF No. 94);

- Motion for Leave to Permit Service on ADP and the Internal Revenue Service (ECF No. 101);

- Plaintiff's Motion to Enforce Court-Ordered Payment Obligations, For Supplemental Enforcement Relief, and For Conditional Escalation of Payment Methods (ECF No. 110);

- Plaintiff's Renewed Motion for Enforcement of Judgment, for Civil Contempt, for Acceleration of Remaining Judgment Balance, and For Interest, Sanctions, and Accounting (ECF No. 114).

The Court will hold a video hearing on all of these motions on Friday, **February 6, 2026, at 9:00 a.m.** *See* Notice of Remote Motion Hearing (ECF No. 117.) Parties required to attend the hearing will be sent connection information in a separate email. <u>Please note that this time is 30 minutes earlier than the status conference that was originally scheduled for that same date</u>.

The Court declines to hold a hearing on an emergency basis sooner than February 6th. The Court has reviewed Ms. Bartel's request for such a hearing and has reviewed Ms. Elsaid's most recent filing (ECF No. 116) and concludes that an emergency hearing is not warranted given that Ms. Elsaid has issued a check for the previously-specified amount to Ms. Bartel.

Finally, the Court orders Ms. Bartel to cease all communication with the Court's staff by telephone. The Court has received reports from staff that Ms. Bartel has not addressed them in an appropriate and professional way during recent calls. Instead, according to staff, she has been aggressive and inappropriately confrontational. The Court will not tolerate that behavior under any circumstances. The Court understands that Ms. Bartel may have frustrations with the Court and the manner in which the Court has handled this matter, but it is entirely inappropriate for her to visit those frustrations on the Court's staff. Accordingly, if Ms. Bartel

wishes to communicate with the Court's staff, she shall do so only in writing and shall not call the Court's staff by telephone under any circumstances.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: January 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3