UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

    Plaintiff,

                                                  Case No. 23-cv-10327

v.                                        Hon. Matthew F. Leitman

OLA ELSAID, *et al.*,

    Defendants.

_____/

**<u>ORDER RESOLVING (1) PLAINTIFF'S MOTION FOR IMMEDIATE RESTITUTION, SANCTIONS, AND REFERRAL FOR CRIMINAL PROCEEDINGS (ECF No. 88); (2) PLAINTIFF'S RENEWED MOTION FOR RECONSIDERATION (ECF No. 94); (3) PLAINTIFF'S MOTION FOR LEAVE TO PERMIT SERVICE ON ADP AND THE IRS (ECF No. 101); (4) PLAINTIFF'S MOTION TO ENFORCE COURT ORDERED PAYMENT OBLIGATIONS (ECF No. 110); AND (5) PLAINTIFF'S RENEWED MOTION FOR ENFORCEMENT OF JUDGMENT (ECF No. 114).</u>**

On February 6, 2026, the Court held a hearing on the following motions: Plaintiff's Motion for Immediate Restitution, Sanctions, and Referral for Criminal Proceedings (ECF No. 88); Plaintiff's Renewed Motion for Reconsideration (ECF No. 94); Plaintiff's Motion for Leave to Permit Service on ADP and the IRS (ECF No. 101); Plaintiff's Motion to Enforce Court Ordered Payment Obligations (ECF No. 110); and Plaintiff's Renewed Motion for Enforcement of Judgment, Civil Contempt, Acceleration of Remaining Judgment Balance, and for Interest,

Sanctions, and Accounting (ECF No. 114).  In addition, the parties made certain oral requests for relief during the hearing.

For the reasons stated on the record, the motions and oral requests for relief are resolved as follows:

- Plaintiff Christine Bartel shall email to the Court's judicial assistant, Alisha Kaszubski, the bank account information necessary to enable the wiring of funds to her.  Kaszubski's email address is Alisha_Kaszubski@mied.uscourts.gov.  When Kaszubski receives the account information, she will email it to Defendant Ola Elsaid.

- By not later than the close of business on Monday, February 9, 2026, Elsaid shall deposit into the bank account of Helping Hand Home Healthcare, LLC ("HH"), the check issued to HH by the Internal Revenue Service (the "IRS") in the amount of $152,468.74.  A copy of the check appears on the docket at ECF No. 116-3, PageID.1019.

- By not later than the close of business on Thursday, February 12, 2026, Elsaid shall cause $152,468.74 to be wired to the account identified in the email she will have received from Kaszubski.

- Elsaid is authorized to withdraw the Form 8821 she filed with the IRS authorizing Bartel to communicate with the IRS concerning HH's tax filings, tax account, and tax status.  If Bartel feels the need to communicate

2

with the IRS further on these matters, she may apply to the Court for an order compelling Elsaid to file a new Form 8821 with the IRS.

- If Elsaid wishes to pursue her claim that Bartel should make Elsaid and/or HH whole for the tax owing on the portion of the $152,468.74 identified as "credit interest allowed" (*see* ECF No. 116-2, PageID.1016), then Elsaid may file a motion asking the Court to compel Bartel to reimburse Elsaid and/or HH for the tax owing on that interest.

- If Bartel wishes to seek reimbursement for overdraft of NSF-related expenses, she may file a motion seeking an order compelling Elsaid to reimburse her for those fees.

In all other respects, all requests for relief in all of the pending motions and made orally on the record during the hearing are **DENIED**.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

3