UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE BARTEL,

Plaintiff,

Case No. 23-cv-10327
Hon. Matthew F. Leitman

v.

OLA ELSAID, *et al.*,

Defendants.

______________________________________________________________/

**ORDER RESOLVING PLAINTIFF'S MOTIONS TO MODIFY METHOD OF COURT-ORDERED INSTALLMENT PAYMENTS (ECF Nos. 122 & 123)**

On September 19, 2024, this Court entered an order, pursuant to the stipulation of the parties, requiring Defendants, Ola Elsaid and Helping Hand Home Healthcare, LLC, to mail physical checks to Plaintiff, Christine Bartel, at the following address: 16395 Prairie Farm Circle, Parker, Colorado, 80134. (*See* Order, ECF No. 56, PageID.614-15.)

Now before the Court is Plaintiff's corrected motion to modify the method of court-ordered installment payments.[1] (*See* Mot., ECF No. 123.) In the corrected motion, Bartel asks the Court to change the payment method to "twice-monthly

[1] Because Plaintiff has filed a corrected motion, the Court **TERMINATES AS MOOT** Plaintiff's original motion to modify method of court-ordered installment payments (ECF No. 122).

payments electronically through Zelle rather than by mailing paper checks." (*Id*., PageID.1059.)

The Court held two on-the-record proceedings to address that motion: one on September 18, 2026, and the other on October 2, 2026. For the reasons stated during the October 2, 2026 proceeding, the motion is resolved as follows:

- The Court declines to change the method of payment to the method requested by Bartel. Instead, the Court will require Defendants to mail a physical check to Bartel at a new address, assuming Bartel provides written notice to Defendants of the new address.
- In the event that Bartel provides Defendants with written notice of a new address to which she wants physical checks mailed, Defendants shall start mailing the checks to the new address within 14 days of receipt of the notice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 2, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 2, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126